# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-418 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |
| KENJA OMARI DEANGELO, | |
| Defendant. | |

Tom Hollenhorst, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrew Mohring, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter came for hearing on April 5, 2010 upon a Request by the U.S. Probation Office to Modify the Conditions of Supervised Release. The Court has further reviewed this matter and called a hearing to review the sentence imposed, at which Probation Officer, Michael Alberts, provided testimony.

Accordingly, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

> The defendant shall reside for a period of up to 120 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility. All costs to the defendant shall be waived. The defendant shall report no later than 5:00 PM on Monday April 5, 2010.

> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

All previously imposed conditions of supervision shall remain in effect and the term of Supervised Release will continue until the original termination date.

DATED: April 5, 2010                      ___s/John R. Tunheim___
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                   United States District Judge